NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1532

ARCTIC SLOPE NATIVE ASSOCIATION, LTD.,

Appellant,

v.

Charles E. Johnson, ACTING SECRETARY OF HEALTH AND HUMAN SERVICES,

Appellee.

Appeal from the Civilian Board of Contract Appeals in case nos. 190-ISDA and 289-ISDA through 293-ISDA, Administrative Judge Candida S. Steel.

ON MOTION

Before PROST, Circuit Judge.

ORDER

The National Congress of American Indians (NCAI) moves without opposition for leave to file a brief amicus curiae in support of Arctic Slope Native Association, Ltd.

The court notes that the amicus brief was previously filed in appeal nos. 2008-1607, 2009-1004, and thus contains the caption for those cases. Thus, although the amicus brief contains the caption for those appeals, the brief is accepted for filing in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     NCAI's motion is granted and the brief is accepted for filing.

(2)     A copy of this order shall be transmitted to the merits panel assigned to hear this case, to inform that panel that the amicus brief, although containing the caption of other appeals, was also filed in this appeal.

(3)     The revised official caption is reflected above.

FOR THE COURT

FEB  2 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK

cc:     Michael P. Gross, Esq.
        Lloyd Benton Miller, Esq.
        Robert E. Chandler, Esq.

s20

2008-1532                                                -2-